In the Matter of WILLIAM E. PHILLIPS, Appellant, against JOHN J. McELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.

Argued January 3, 1939; decided January 17, 1939.

*Alfred J. Talley* for appellant.

*William C. Chanler, Corporation Counsel (James Hall Prothero* and *Charles E. Hirsimaki* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.